B 2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, __Jason Shorter__ (name), certify that service of this summons and a copy of the complaint was made __September 16, 2019__ (date) by:

☐   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
__Capital One Bank (USA), N.A., Attn: Richard Fairbank, CEO 4851 Cox Road, Glen Allen VA 23060__

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __9/16/19__     Signature _____

Print Name:   __Jason Shorter__

Business Address:   __15 Salem Ave. Ste. 300__
__Roanoke VA 24011__

CHRISTOPHER MICALE
CHAPTER 13 TRUSTEE
15 SALEM AVE SE STE 300
ROANOKE VA 24011-1419

Capital One Bank (USA), N.A.
Attn: Richard Fairbank, CEO
4851 Cox Road
Glen Allen VA 23060



U.S. POSTAGE >> PITNEY BOWES

ZIP 24011 $ 005.60
02 4W
0000341324 SEP 16 2019